## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02618-NYW

TIMOTHY VALDEZ

      Plaintiff,

v.

UBER TECHNOLOGIES, INC. [d/b/a "Uber"];
NEUTRON HOLDINGS, INC. [d/b/a "Lime"];
SOCIAL BICYCLES, INC.; SOCIAL
BICYCLES HOLDINGS INC.; and SOCIAL
BICYCLES LLC [each d/b/a "JUMP"]; and
ZHEJIANG OKAI VEHICLE CO. LTD.; and
OKAI, INC. [each d/b/a "OKAI"]

      Defendants.

---

### Affidavit of Timothy Valdez in Support of
### Response to Motion to Compel Arbitration (Doc. 15)

---

AFFIANT, having been duly sworn upon oath or affirmation, states as follows:

1.    My name is Timothy Valdez. I am over the age of 18 years and have personal knowledge of the matters stated herein.

2.    I am the Plaintiff in the above-captioned case.

3.    The injury leading to this lawsuit left me mostly paralyzed from the chest down. I do not have good use of my arms and hands. So, I have reviewed this affidavit and asked my brother, who also holds Power of Attorney for me, to sign on my behalf. This is solely my testimony.

4.    I began using the Lime application ("app") on an Android phone in the summer of 2020. I used the app on and off after that.

5.      I do not believe I have ever been presented with any "User Agreement" or similar terms and conditions when using the Lime app to rent scooters. I do not believe I have ever been presented with a box to check, button to tap, switch to swipe, or even with some sort of wording that would call my attention to a link to an agreement to read. As far as I remember, I would enter my phone number to log in and then be taken directly to a screen with a map on it that would show nearby scooters.

6.      I also do not believe I was ever prompted with a new agreement at any time after first logging in. As far as I can remember, I was never prompted to click, select, tap, switch, or confirm anything related to a lengthy "User Agreement," nor was I ever given a hyperlink to click to one, when opening the app or starting a ride.

7.      I recently reviewed the Declaration of Vincent C. Yasay, which is stamped "Document 15-1." In that Declaration, Lime tells the Court that I was "presented with a second screen that required [me] to confirm via checkbox" that I had read and agreed to two different documents when I first logged into the Lime app in 2020. Later in the Declaration, Lime tells the Court that I was "prompted within the Lime app to agree to an updated version of the User Agreement" when I initiated a ride in March of 2021.

8.      I do not believe either of these statements to be accurate, so I have taken steps to verify my memory versus the statement of Mr. Yasay.

9.      I checked my user information in the Lime app, which I still maintain on my phone. My email address is listed as "unverified," which matches my memory that I did <u>not</u> sign into the Lime app using my email. My phone number was listed, which matches my memory that I <u>did</u> use my phone number to sign into the app.

10.      With the help of my counsel, I reviewed an old version of the Lime app that was available through a public database online and that I believe was probably the one I originally used. Screenshots of the source are attached to my Response to the Motion to Compel. A video of a test of the app's login process is also attached.

11.      As the Court can see from the video of the app test, the July 2020 version of the Lime app functioned exactly as I remembered it functioning when I first logged into the app. Specifically:

     a.      I would tap the app to open it;

     b.      A loading screen with Lime's logo and no text or buttons would briefly show;

    c.   A prompt to input my telephone number would appear next, with an inactive "Next" button immediately below, then buttons for "Continue with Facebook" and "More" just below that;

    d.   By entering my phone number, the "Next" button would become active (turn green);

    e.   Tapping the "Next" button would take me to a screen to enter a phone verification code, with the only other option being a button to "Resend Code Now"; and

    f.   After entering the correct verification code, the app would immediately take me to the map of available scooters.

12.    Once I was logged into the Lime app, I could find a scooter to rent on the map, walk up to it, scan the QR code on the scooter, and begin the ride. For my first ride, I was prompted to input my credit card information, but I do not remember the claimed terms or conditions being presented at this point either.

13.    After my first ride, my Lime app would typically remain logged in on my phone. I do not believe it gave me any special prompts before renting scooters after that – including no special prompt to read or agree to any linked set of terms or conditions. Even after more than two years of paralysis and resulting nonuse, my Lime app appears to have remained logged in and unchanged. When I opened the app in the past week to verify the login information I provided, no prompt was provided.

14.    I also verified this with the help of my counsel. A video of a test of the app's scooter rental process is attached to my Response to the Motion. As the Court can see in this video, even today, there is no prompt about terms and conditions when renting a scooter. This matches my memory of using the Lime app before I was injured.

15.    I was not aware that I was entering into any linked agreement with Lime when renting scooters from them. I thought I was paying a rental fee to borrow the scooter and that I would need to return the scooter in good condition. I didn't think it was more complicated than that.

FURTHER AFFIANT SWEARS NOT.

Timothy Valdez, signing by and through
James Valdez, Attorney-in-Fact

STATE OF COLORADO )
                  )
County of Jefferson )

Subscribed and sworn before me this 25th day of November 2024, by James Valdez.

Witness my hand and official seal/

My commission expires: 9-12-27 .

KEVIN ALEXIS ZUNIGA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234034900
MY COMMISSION EXPIRES 09/12/2027

Notary Public

4