apkmirror.com/?post_type=app_release&searchtype=apk&page=20&s=lime&bundles%5B%5D=apkm_bundles&bundles%5B%5D=apk_files



Remove ads, dark theme, and more with ▲ Premium

## Results for "lime" (search tips)          ADVANCED SEARCH ▾

**APKS**    APPS    DEVS

| | NAME | LAST UPDATED ▾ | |
|---|---|---|---|
| ✺ | Lime - #RideGreen 2.102.2 by Neutron Holdings, Inc. | July 20, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.101.0 by Neutron Holdings, Inc. | July 8, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.100.0 by Neutron Holdings, Inc. | July 2, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.99.1 by Neutron Holdings, Inc. | June 24, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.98.1 by Neutron Holdings, Inc. | June 18, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.97.0 by Neutron Holdings, Inc. | June 11, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.96.0 by Neutron Holdings, Inc. | June 2, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.95.2 by Neutron Holdings, Inc. | May 28, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.94.1 by Neutron Holdings, Inc. | May 18, 2020 MDT | ⓘ |
| ✺ | Lime - #RideGreen 2.93.1 by Neutron Holdings, Inc. | May 16, 2020 MDT | ⓘ |

Advertisement


Download
to use extension

1. Click "Download"
2. Add Privacy Guard for Chrome    ⬤ Wise
                                      ⬤ Ghost

Remove ads, dark theme, and more with ▲ Premium

The all-in-on
e-sign soluti
Free for 14 d

Try it free

Remove ads, dark

Popular In Last 3

 Google Se

 Pokémon
Access)

 Pokémon
Access)

 Google Pl

 Google Pl

 Google Pl

 Samsung

 Google Pl

 Samsung

 Samsung

Popular In Last 7

 Pokémon
Access)

 Google Se

**DOWNLOAD** ⬇
EXTENSION

**2 Easy Steps:**
1. Click "Download"
2. Add Search Savvy Extension

 APKMirror



# Lime - #RideGreen 2.100.0
## By Neutron Holdings, Inc.

Neutron Holdings, Inc. > Lime - #RideGreen > 2.100.0

Advertisement



**2 Easy Steps:**
1. Click "Download"
2. Add Search Savvy Extension

Remove ads, dark theme, and more with ▲ Premium

WHAT'S NEW   DESCRIPTION   DOWNLOAD   ALL RELEASES   COMMENTS

**TRAVEL & LOCAL**

    

We regularly update the app to make your rider experience even better.

Love the app? Rate us! Your feedback keeps us running :-)

Question or suggestions? Tap Help in the Lime app!

✅ Verified safe to install (read more)

⬇ **SCROLL TO AVAILABLE DOWNLOADS**

❗ A more recent upload may be available below!

### About Lime - #RideGreen 2.100.0

Unlock your ride and your city with Lime, the #1 electric scooter and bike sharing app. Our micro-mobility solutions including dock free rental bikes, e-assist bikes, and electric scooters are available anytime to get you across town or across campus. Simply tap to find a ride near you, scan the code to unlock it and go!

With Lime, you'll never have to worry about traffic or finding a parking station, and you can leave your ride safely at your destination for a fraction of the cost of a taxi or a ride share. Have fun, connect with your community and get where you're going in style. Lime is your ride anytime!

Advertisement

**DOWNLOAD**
EXTENSION



apkmirror.com/apk/neutron-holdings-inc/lime-your-ride-anytime/lime-your-ride-anytime-2-100-0-release/



DOWNLOAD
EXTENSION

2 Easy Steps:
1. Click "Download"
2. Add Search Savvy Extension

community and get where you're going in style. Lime is your ride anytime!

Download the app and get started today!

How Lime works:

- Open the app to find a nearby Lime-S (electric scooter), Lime-E (e-assist bike), LimeBike on the map
- Unlock your ride by scanning the QR code or entering the ID
- Take a fun, healthy and affordable ride to your destination
- Once you've arrived, park and lock your ride safely out of the way of foot traffic

Use Lime for:
- Your morning/evening commute
- Rides with friends
- Rides to/from public transit stations
- Rides to/from classes
- Travel and tourist groups
- Date nights
- When you want to explore your urban city
- Anytime you want a fun, quick, convenient ride across town!

Lime is currently available in 50+ cities, including but not limited to:
- San Francisco Bay Area
- San Diego
- Los Angeles
- Washington DC
- Denver
- Miami
- Charlotte
- Austin

Want Lime in your city? Let us know by voting on our website!

www.li.me/

Show less ∧

DOWNLOAD
EXTENSION

2 Easy Steps:
1. Click "Download"
2. Add Wonder Search Extension

Remove ads, dark theme, and more with ▲ Premium

Advertisement

Download ⬇

1. Click "Download"
2. Add Privacy Guard for Chrome™

Wise Ghost

Remove ads, dark theme, and more with ▲ Premium

### Download Lime - #RideGreen 2.100.0

This release may come in several variants. Consult our handy FAQ to see which download is right for you.

| Variant | Architecture | Minimum Version | Screen DPI |
|---------|--------------|-----------------|------------|
| ● 2.100.0 APK<br>1087<br>July 2, 2020 MDT | universal | Android 5.0+ | nodpi |

Advertisement