IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02618-NYW

TIMOTHY VALDEZ

    Plaintiff,

v.

UBER TECHNOLOGIES, INC. [d/b/a "Uber"];
NEUTRON HOLDINGS, INC. [d/b/a "Lime"];
SOCIAL BICYCLES, INC.; SOCIAL
BICYCLES HOLDINGS INC.; and SOCIAL
BICYCLES LLC [each d/b/a "JUMP"]; and
ZHEJIANG OKAI VEHICLE CO. LTD.; and
OKAI, INC. [each d/b/a "OKAI"]

    Defendants.

---

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

---

**Exhibit 05**
**Video Recording of Lime App Scooter Rental Test**

**(Filed by Conventional Means)**[1]

---

[1] The video exhibit will be delivered to the Clerk of Court on a flash drive with this cover sheet enclosed.