

# Ride receipt

---

**Aug 13, 2022**
12:49 AM - 1:09 AM

| 427 ft | 19:03 | 0 |
|---|---|---|
| distance | time | points |

---

| | |
|---|---|
| Start Fee | $1.00 |
| Riding - $0.37/min | $7.40 |
| Courtesy Refund | -$8.40 |

| | |
|---|---|
| Subtotal | $0.00 |

---

| | |
|---|---|
| Total | FREE |