Android Emulator - Medium_Phone_API_35:5554

4:13

# Hi **Lime Rider**

| 33 | 4 | 0 |
|---|---|---|
| Feet | Rides | Calories |

- LimePass  **New!**
- History
- Get $5 free
- Promos
- Safety Center
- Help
- Settings

Lime v2.100.0

# Hi Lime



**0.0**
Miles



**4**
Rides

 LimePass

 Payment

 History

 Get $5 free

 Promos

 Safety Center

 Round up for charity

 Help

Settings

Lime v3.186.0 (1)

