-02618-NYW-NRN    Document 39-8    filed 11/25/24 pg 1 of 2



