|   |   |
|---|---|
| 1 | **BY AUTHORITY** |
| 2 | RESOLUTION NO. CR21-0305               COMMITTEE OF REFERENCE: |
| 3 | SERIES OF 2021                                      Land Use, Transportation & Infrastructure |
| 4 | **A RESOLUTION** |

5  **Approving a proposed License Agreement between the City and County of**
6  **Denver and Neutron Holdings, Inc. for operation of a citywide Shared**
7  **Mobility/Micromobility program for electric bikes and scooters.**
8
9  **BE IT RESOLVED BY THE COUNCIL OF THE CITY AND COUNTY OF DENVER:**

10  **Section 1.**  The proposed License Agreement between the City and County of Denver and
11  Neutron Holdings, Inc., in the words and figures contained and set forth in that form of License
12  Agreement available in the office and on the web page of City Council, and to be filed in the office
13  of the Clerk and Recorder, Ex-Officio Clerk of the City and County of Denver, under City Clerk's
14  Filing No. 202158011-00, is hereby approved.

15  COMMITTEE APPROVAL DATE:  April 27, 2021

16  MAYOR-COUNCIL DATE:  May 4, 2021 by Consent

17  PASSED BY THE COUNCIL: _____May 10, 2021_____

18  ___*Stacie Gilmore*_____ - PRESIDENT

19  ATTEST: _____ - CLERK AND RECORDER,
20                                                                  EX-OFFICIO CLERK OF THE
21                                                                  CITY AND COUNTY OF DENVER

22  PREPARED BY:  Nathan J. Lucero, Assistant City Attorney           DATE:  May 6, 2021

23  Pursuant to section 13-12, D.R.M.C., this proposed resolution has been reviewed by the Office of
24  the City Attorney.  We find no irregularity as to form, and have no legal objection to the proposed
25  resolution.  The proposed resolution is submitted to the City Council for approval pursuant to § 3.2.6
26  of the Charter.
27
28  Kristin M. Bronson, Denver City Attorney
29
30  BY:  ___*Jonathan Griffin*_____, Assistant City Attorney           DATE:  ___May 4, 2021___